AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| CLAUDIO MUNIZ PEREIRA | Case Number:  04-842-MBB |

| PRESIDING JUDGE<br>BOWLER | PLAINTIFF'S ATTORNEY<br>S.SIEGMANN | DEFENDANT'S ATTORNEY<br>S.FRIED |
|---|---|---|
| TRIAL DATE (S)<br>5/3/04 | COURT REPORTER<br>DIGITAL | COURTROOM DEPUTY<br>SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/3/04 | | | VICTOR PEREIRA; FRAMINGHAM POLICE DEPT.; For the Government |
| 1 | | 5/3/04 | X | X | Passport photo |
| 2 | | 5/3/04 | X | X | Copy of Brazilian license |
| 3 | | 5/3/04 | X | X | Copy of Brazilian license |
| 4 | | 5/3/04 | X | X | Papers recovered from deft. |
| 5 | | 5/3/04 | X | X | Papers recovered from the deft. |
| | | 5/3/04 | | | SPC. AGENT AARON J. ARNFELD; D.S.F.; For the Government |
| 6 | | 5/3/04 | X | X | Affidavit of Agent Arnfeld |
| 7 | | 5/3/04 | X | X | Four Counterfeit U.S. Visas |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1         Pages